FILED

10/11/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0445

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA-22-0235

N.B., K.M.B., K.R.B., and K.R.B.

      Plaintiffs and Appellants,

      v.

MONTANA DEPARTMENT OF
PUBLIC HEALTH AND HUMAN
SERVICES, a Montana State Agency,
VALLEY COUNTY, a Montana County,
CYNDI BAILLARGEON, individually
and as a DPHHS employee, and DOES
I-X

      Defendant and Appellee.

## ORDER HOLDING MATTER IN ABEYANCE PENDING MEDIATION

IT IS HEREBY ORDERED that the briefing schedule in this matter be held in abeyance pending completion of the mediation process required by M. R. App. P. 7(4)(c).  Appellant's opening brief is due thirty calendar days from the date of the filing of the mediator's report or the expiration of the seventy-five day deadline

to complete mediation provided for in M. R. App. P. 7(3)(a), whichever occurs first.

DONE and DATED this _____ day of October, 2022

_____

CC:    Lowy Law, PLLC
       Rutherford Hayes, Montana Tort Claims Division
       Crist, Krogh, Alke, & Nord PLLC
       Clerk of Court Seventeenth Judicial District, Valley County

2

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 11 2022